THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HALCHAK, et al., | |
| Plaintiffs, | 3:18-CV-1285 |
| v. | (JUDGE MARIANI) |
| DORRANCE TOWNSHIP BOARD OF SUPERVISORS, et al., | (Magistrate Judge Carlson) |
| Defendants. | |

## ORDER

AND NOW, THIS 30TH DAY OF SEPTEMBER 2019, upon consideration of the Magistrate Judge's R&R (Doc. 15) and the motions addressed therein, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 35) is **NOT ADOPTED**.

2. The Dorrance Township Board of Supervisors and Alan Snelson's Motion to Dismiss Amended Complaint (Doc. 2) is **DENIED**.

3. The Motion of Defendants, Code Inspections, Inc. and Ken Fenstermacher, to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim upon Which Relief Can Be Granted, Pursuant to F.R.C.P. 12(b)(6) (Doc. 7) is **DENIED**.

_____
Robert D. Mariani
United States District Judge