THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HALCHAK, et al., : | |
| : | |
| Plaintiffs, : | |
| v. : | **3:18-CV-1285** |
| : | **(JUDGE MARIANI)** |
| DORRANCE TOWNSHIP BOARD OF : | |
| SUPERVISORS, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW, THIS 16th DAY OF DECEMBER 2022,** upon consideration of the Motions for Summary Judgment filed by Defendants Dorrance Township Board of Supervisors and Alan Snelson (Doc. 64), and by Defendants Code Inspections, Inc. and Ken Fenstermacher (Doc. 71), and the Motion for Partial Summary Judgment filed by Plaintiffs Anthony and Kelly Halchak (Doc. 66), and all documents relevant to such motions, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Summary Judgment filed by Defendants Dorrance Township Board of Supervisors and Alan Snelson, (Doc. 64), is **GRANTED** in its entirety. Judgment is entered in favor of Defendants Dorrance Township Board of Supervisors and Alan Snelson.

2. The Motion for Summary Judgment filed by Defendants Code Inspections, Inc. and Ken Fenstermacher, (Doc. 71), is **GRANTED** in its entirety. Judgment is entered in favor of Defendants Code Inspections, Inc. and Ken Fenstermacher.

3. The Motion for Partial Summary Judgment filed by Plaintiffs Anthony and Kelly Halchak, (Doc. 66), is **DENIED** in its entirety.

4. The Clerk is directed to close the case.

                                                    _s/ Robert D. Mariani_
                                                    Robert D. Mariani
                                                    United States District Judge