# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HALCHAK, et al., | : |
| Plaintiffs, | : |
| v. | : 3:18-CV-1285 |
| | : (JUDGE MARIANI) |
| DORRANCE TOWNSHIP BOARD OF SUPERVISORS, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 17th DAY OF FEBRUARY 2023,** upon consideration of the "Motion to Alter or Amend Judgment Pursuant to F.R.C.P. 59(e)" (Doc. 94) filed by Plaintiffs Anthony and Kelly Halchak and all documents relevant to such motion, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion (Doc. 94) is **DENIED**.

Robert D. Mariani
United States District Judge